The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1057720 | LABOLLE | 07/30/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| WSS31-7-134(a) | OPERATING A MOTOR VEHICLE WITH A SUSPENDED LICENSE |

| Defendant Name |
|---|
| BALLESTEROS, CARLOS |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 08/14/2025<br>01:30 PM |